From the desk of:Crocker: Benjamin. David
In Care Of:105 Terrace View Circle
Jackson, California, Zip Exempt
Phone # 775-455-6394
Email: Nothing0123456789@protonmail.com

**FILED**

MAR 17 2022

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

# UNITED STATES THIRD DISTRICT COURT,
## EASTERN DISTRICT OF CALIFORNIA

Benjamin David Crocker,

        Plaintiff,

    v.

1. El Dorado County Superior Court
South Lake Tahoe Division,

2. Michael McLaughlin, As and or
Current: Honorable Presiding

2. Vern R. Pierson, As and or Current:
El Dorado County District Attorney,

3. Jay S. Linden, As and or Current:
El Dorado County Deputy District
Attorney

4. Zachary Wiens, As and or Current:
South Lake Tahoe Peace Officer

5. Three Unknown Unnamed, As and
or Current: South Lake Tahoe peace
Officers

6. Et. Al.

        Defendant.

No.

2:22 - CV - 499 - KJM JDP PS

1

**WRIT AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S APPLICATION FOR REMOVAL FROM THE QUASI TRIBUNAL KNOWN AS: SUPERIOR COURT OF CALIFORNIA, COUNTY OF ELDORADO, SOUTH LAKE TAHOE DIVISION, TO CALIFORNIA THIRD DISTRICT COURT OF APPEAL PURSUANT 28USC1455**

I Benjamin David Crocker do hereby declare under the penalty of perjury the following:

Affidavit:

1. My status is defined by 8USC1101(a)(21)(23).

2. El Dorado County District Attorney Vern R. Pierson (Hereby referred to as: "Pierson") and El Dorado County Deputy District Attorney Jay S. Linden (Hereby referred to as: "DDA") of El Dorado County have Unlawfully, Maliciously and Barratrously filed a criminal complaint on 2/18/22 (Exhibit A) in open court after I was told by "DDA" in front of the Bailiff and about 20 witness in open court that "no complaint had been filed" (Exhibit B)-predated to 2/17/22 (Exhibit A) for misdemeanor penal code violations, when the Supreme Court of The United Stated of America has ruled (Res-Judicata) that (a) there must be an injured party for a crime to exist and there is no injured party, (b) Rules, Codes and Statutes are not law nor do they apply to me as I am a natural/human/creator in accordance with Gods laws and not A Government authority/employee.

3. On 2/15/2022, El Dorado County District Attorney (Pierson) and or the authorized representative for his Office received by registered mail# {Redacted} (Exhibit C) a true copy of Cease and Desist {Nemo me impune lacessit} (Exhibit D). El Dorado County District Attorney has refused my requested discovery (Exhibit D, Attachment4) Mandatory Questionnaire; Pursuant: 5 USC § 552, FOIA, Article 1, Section 3 of the California Constitution and the California Public Records Act Gov't. Code § 6250 et seq.

4. On 2/25/22, Honorable Presiding Michael J. McLaughlin, (1) denied my oral request for dismissal over my objection, (2) denied my oral motion for demur over my objection, (3) entered a plea for me over my objection. Attached is a letter to entered into evidence on 2/18/22 addressed to: Honorable Presiding Michael J. McLaughlin (Exhibit E).

5. Thus far The Quasi Tribunal Known as: Superior Court of California, County of El Dorado, South Lake Tahoe Division has refused and or delayed in providing my request made orally in person, at and to the clerk's office, for the minute orders and transcripts from the hearings on 2/18/22 and 2/25/22.

6. The Quasi Tribunal Known as: Superior Court of California, County of El

2

Dorado, South Lake Tahoe Division does not have Jurisdiction over this matter. Hagans v Lavine 415 U.S. 533., "There is no discretion to ignore lack of jurisdiction". Joyce v U.S. 474 2d 215; "The law provides that once State and Federal jurisdiction have been challenged, it must be proven." Main v Thiboutot 100. S. Ct 2501 (1980); " Jurisdiction can be challenged at any time " and "jurisdiction, once challenged, cannot be assumed and must be decided". Basso v Utah Power and Light Co. 495 F.2d 906,910.

6. My 5th Amendment right to due process was violated when I was kidnapped/held hostage against my will, my 4th Amendment right was violated by unlawful search and seizure, my 6th Amendment right to fundamental fairness & fair tribunal was violated, I was not given my Miranda warnings by the interrogating officer and there were multiple other penal code crimes committed by the officers, my 8th Amendment right was violated by cruel and unusual punishment, my 1st and 9th amendment right was violated when the officers refused to listen to me speak about the circumstances, my 7th and 13th Amendment right was violated when I was incarcerated and subjected to involuntary servitude before I had been found guilty of a crime before a jury of my peers. There is no corpus delecti.

7. The police department has refused to provide the name of the other 3 officers even though I submitted a FOIA/Public Records Request/5USC552 (Exhibit F) via registered mail# {redacted} (Exhibit G). All facts have gone unrebutted. Federally, I am entitled to a judgement as a maximum of law.

8. Any unintentional failure on my part to state grounds for relief 28USC1445(b)(2) that may or may not exist at the time of this filing of this notice shall not constitute a waiver of such grounds to amend and refile as I reserve all of my God given rights.

9. For the above-described Points, Authorities and attached Exhibits, this matter should be removed from the Quasi Tribunal Known as: Superior Court of California, County of El Dorado, South Lake Tahoe Division, pursuant 28USC1455.

I hereby pray that the Third District Court of Appeals provide the requested relief as is appropriate, so help me God.

Dated this: Sixteenth Day of March, our year of the Lord, Two Thousand Twentytwo. (3/16/22)

Crocker: Benjamin. David

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Attached Exhibits**

**Exhibit A: Criminal Complaint, 3 pages.**

**Exhibit B: No Complaint Filed, 1 page.**

**Exhibit C: Registered Mail Receipt, 1 page.**

**Exhibit D: Cease and Desist & Attachments 1-4, 13 pages.**

**Exhibit E: Letter to Honorable Presiding, 4 pages.**

**Exhibit F: FOIA/Public Records Request/5USC552, 11 pages.**

**Exhibit G: Registered Mail Receipt, 1 page.**

EXHIBIT A

1  VERN R. PIERSON
   El Dorado County District Attorney
2  State Bar #152268
   1360 Johnson Blvd, # 105
3  South Lake Tahoe, CA 96150
   Phone: (530) 573-3100
4  Fax: (530) 544-6413



FEB 17 2022

EL DORADO CO. SUPERIOR COURT
BY _____ **M. Brittain**
(DEPUTY CLERK)

6  Attorney for Plaintiff

8                    **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

9                        **IN AND FOR THE COUNTY OF EL DORADO**

11  THE PEOPLE OF THE                    DOCKET #: 22CR0245
12     STATE OF CALIFORNIA,              DA #: 0247093

13          Plaintiff,                   **CRIMINAL COMPLAINT**

14          -vs-                         **AGENCY REPORT #:**
                                         SLTPD 2112-0158
15  BENJAMIN DAVID CROCKER

17          Defendant(s).
                                    /·

19  The District Attorney of El Dorado County, based upon information and belief, hereby alleges:

21                    **COUNT 1: PC148(a)(1) (Misdemeanor)**

22          On or about December 3, 2021, in the County of El Dorado, State of California, the crime

23  of Resisting, Delaying Or Obstructing A Peace Officer in violation of PC148(a)(1), a

24  Misdemeanor, was committed in that BENJAMIN DAVID CROCKER willfully resisted,

25  delayed, and/or obstructed Zachary Wiens, a peace officer, in the discharge or attempted

26  discharge of a duty of his office or employment.

///

///

28  *Criminal Complaint*                                           *Page 1*

Exhibit A

## COUNT 2: PC602(o) (Misdemeanor)

On or about December 3, 2021, in the County of El Dorado, State of California, the crime of Trespass And Refusing To Leave Private Property in violation of PC602(o), a Misdemeanor, was committed in that BENJAMIN DAVID CROCKER did unlawfully commit a trespass by refusing and failing to leave land, real property, and structures belonging to and lawfully occupied by another and not open to the general public, upon being requested to leave by a peace officer and the owner, his/her agent, and the person in lawful possession thereof.

Based upon information and belief, the undersigned certifies in his/her official capacity and under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on the date stated below.

VERN R. PIERSON
District Attorney

Dated: February 14, 2022

By: _____

Jay S. Linden
Deputy District Attorney

*Criminal Complaint*                                                                 *Page 2*

*Exhibit A*

**LOCATION OF CRIME**: SOUTH LAKE TAHOE

### MARSY'S LAW

Information contained in the reports being distributed as discovery in this case may contain confidential information protected by Marsy's Law and the amendments to the State of California Constitution Section 28. Any victim(s) in any above referenced charge(s) is entitled to be safe and free from intimidation, harassment, and abuse. The defendant(s), defense counsel, and any other person acting on behalf of the defendant(s) is admonished not to use any information contained in the reports to locate or harass any victim or the victim's family and not to disclose any information that is otherwise privileged and confidential by law. Additionally, it is a misdemeanor violation of Penal Code Section 1054.2(a)(3) to disclose the address or telephone number of a victim or witness to a defendant, defendant's family member, or anyone else. Note exceptions provided in Penal Code § 1054.2(a)(1) and (a)(2).

### PENAL CODE SECTION 1054 NOTICE

Pursuant to Penal Code §1054.5(b), the People are hereby informally requesting that defense counsel provide discovery to the People as required by Penal Code § 1054.3 and pursuant to the provisions of Penal Code § 1054.7.

**WARNING: Penal Code § 1054.2** makes it a Misdemeanor Criminal Offense for an attorney receiving discovery to disclose certain confidential information regarding victims and witnesses to defendants and others. Attorneys should review this code section carefully before sharing reports received in discovery with anyone.

jl

---

*Criminal Complaint*                                                                  *Page 3*

Exhibit B

**Superior Court of California, County of El Dorado**
**Posting Calendar**

**Friday, February 18, 2022**

| Case No. | Case Name | Event Type | Time | Location |
|----------|-----------|------------|------|----------|
| 114894 | CROCKER, BENJAMIN | Agreement to Appear | 8:30 am | No Complaint Filed - Sou Lake Tahoe |

Exhibit C

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>x *H Maunhof*  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery  1/18 |
| 1. Article Addressed to:<br>Vern Pierson<br>Eldorado County District Attorney<br>778 Pacific Street<br>Placerville, Ca. 95667 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No |

| | |
|---|---|
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 7157 1251 6034 40 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery<br>(over $500) | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number *(Transfer from service label)* | |

PS Form 3811, July 2020 PSN 7530-02-000-9053                     Domestic Return Receipt

Exhibit D

# CEASE AND DESIST

### Nemo me impune lacessit.

| | |
|---|---|
| **PRIVATE**<br>**THIS IS NOT A PUBLIC COMMUNICATION**<br>**Notice to any and all agents is Notice to the Principle. Notice to the Principle is Notice to any and all Agents. Applications to all successors and assigns.** | **From:**<br>**crocker; Benjamin-David**<br>Always retaining all rights.<br>In care of postal service address:<br>C/O: 105 Terrace View Circle<br>Jackson, California union state<br>USA without USDC, Zip exempt |

**TO:**

| | |
|---|---|
| **To:** El Dorado County District Attorney<br>Attn: Vern Pierson; and or all it may concern<br>778 Pacific St<br>Placerville, CA 95667<br>Phone: (530) 621-6472<br>Fax: (530) 621-1280 | **To:** El Dorado County District Attorney<br>Attn: Vern Pierson; and or all it may concern<br>1360 Johnson Blvd<br>South Lake Tahoe, CA 96150<br>Phone: (530) 573-3100<br>Fax: (530) 544-6413 |

**Attachments:**
1) Birth certificate.
2) Oath of Office for Vern Pierson
3) Acceptance of Oath of Office for Vern Pierson
4) Mandatory Questionnaire; Pursuant: 5 USC § 552, FOIA, Article 1, Section 3 of the California Constitution and the California Public Records Act Gov't. Code § 6250 et seq.

**It is a fact that:** Pursuant 8 USC 1101 § (a)(21)(23) I am a natural born American State National of **Oregon**, in its constitutional capacity, as one of the several states of the Union and I am an inhabitant thereof.

**It is a fact that:** That my birth certificate is proof that I am an American State National. Please see attached birth certificate.

**It is a fact that:** That I am not a United States citizen, resident, person, individual, employee of the government or any other legal fiction, nor have I ever been.

**28 USC § 3002 (15) "United States" means— (A) a Federal corporation**

**U.S. v. Anthony 24 Fed. 829 (1873)** "The term resident and citizen of the United States (this means a 14[th] amendment citizen) is distinguished from a Citizen of one of the several states, in that the former is a special class of citizen created by Congress."

"We have in our political system a government of the United States and a government of each of the several States. Each one of these governments is distinct from the others, and each has citizens of it's own..." **United States v. Cruikshank, 92 U.S. 542 (1875)**

"...he was not a citizen of the United States, (again 14[th] amendment citizen) he was a citizen and voter of the State,..." "One may be a citizen of a State an yet not a citizen of the United States". **McDonel v. The State, 90 Ind. 320 (1883)**

Exhibit D

# CEASE AND DESIST
## Nemo me impune lacessit.

**"That there is a citizenship of the United States (again a 14th amendment citizen) and citizenship of a state,..." Tashiro v. Jordan, 201 Cal. 236 (1927)**

**"A citizen of the United States is a citizen (14th amendment citizen) of the federal government ..." Kitchens v. Steele, 112 F.Supp 383**

**"Taxpayers are not [de jure] State Citizens." Belmont v. Town of Gulfport, 122 So. 10.**

**State v. Manuel, 20 NC 122: "the term 'citizen' in the United States, (means United States citizen or legal fiction) is analogous to the term `subject' in common law; the change of phrase has resulted from the change in government."**

**Supreme Court: Jones v. Temmer, 89 F. Supp 1226:**
**"The privileges and immunities clause of the 14th Amendment protects very few rights because it neither incorporates the Bill of Rights, nor protects all rights of individual citizens. Instead this provision protects only those rights peculiar to being a citizen of the federal government; it does not protect those rights which relate to state citizenship."**

**Supreme Court: US vs. Valentine 288 F. Supp. 957:**
**"The only absolute and unqualified right of a United States citizen is to residence within the territorial boundaries of the United States." (This is the legal fiction citizen of the federal corporation)**

**The Amendment (14th) recognized that "an individual can be a Citizen of one of the several states without being a citizen of the United States," (U.S. v. Anthony, 24 Fed. Cas. 829, 830), or, "a citizen of the United States without being a Citizen of a state." (Slaughter-House Cases, supra; cf. U.S. v. Cruikshank, 92 US 542, 549 (1875)). (Again talking about a 14th amendment citizen)**

**A more recent case is Crosse v. Bd. of Supervisors, 221 A.2d 431 (1966) which says: "Both before and after the Fourteenth Amendment to the federal Constitution, it has not been necessary for a person to be a citizen of the United States in order to be a citizen of his state." Citing U.S. v. Cruikshank, supra.(confusing, but recognizes State citizenship)**

**"There are, then, under our republican form of government, two classes of citizens, one of the United States and one of the state". (Again making a distinction between a 14th amendment citizen and a State Citizen)**
**Gardina v. Board of Registrars of Jefferson County, 160 Ala. 155; 48 So. 788 (1909)**

**"The governments of the United States and of each state of the several states are distinct from one another. The rights of a citizen under one may be quite different from those which he has under the other".**
**Colgate v. Harvey, 296 U.S. 404; 56 S.Ct. 252 (1935)**

Exhibit D

# CEASE AND DESIST
### Nemo me impune lacessit.

"...rights of national citizenship as distinct from the fundamental or natural rights inherent in state citizenship". Madden v. Kentucky, 309 U.S. 83: 84 L.Ed. 590 (1940)

"There is a difference between privileges and immunities belonging to the citizens of the United States (14th amendment citizen) as such, and those belonging to the citizens of each state as such". Ruhstrat v. People, 57 N.E. 41 (1900)

"Therefore, the U.S. citizens (citizen of the federal corporation) residing in one of the states of the union, are classified as property and franchises of the federal government as an "individual entity"", Wheeling Steel Corp. v. Fox, 298 U.S. 193, 80 L.Ed. 1143, 56 S.Ct. 773

"...the first eight amendments have uniformly been held not to be protected from state action by the privilege and immunities clause [of the 14th Amendment]."
Hague v. CIO, 307 US 496, 520

"The right to trial by jury in civil cases, guaranteed by the 7th Amendment...and the right to bear arms guaranteed by the 2nd Amendment...have been distinctly held not to be privileges and immunities of citizens of the United States guaranteed by the 14th Amendment...and in effect the same decision was made in respect of the guarantee against prosecution, except by indictment of a grand jury, contained in the 5th Amendment...and in respect of the right to be confronted with witnesses, contained in the 6th Amendment...it was held that the indictment, made indispensable by the 5th Amendment, and trial by jury guaranteed by the 6th Amendment, were not privileges and immunities of citizens of the United States, as those words were used in the 14th Amendment. We conclude, therefore, that the exemption from compulsory self-incrimination is not a privilege or immunity of National citizenship guaranteed by this clause of the 14th Amendment."
Twining v. New Jersey, 211 US 78, 98-99

"The acceptance of a license, in whatever form, will not impose upon the licensee an obligation to respect or to comply with any provision of the statute or with the regulations prescribed that are repugnant to the Constitution of the United States." W. W. CARGILL CO. v. STATE OF MINNESOTA, 180 U.S. 452 (1901) 180 U.S. 452

"A "US Citizen" (citizen of the federal corporation) upon leaving the District of Columbia becomes involved in "interstate commerce", as a "resident" does not have the common-law right to travel, of a Citizen of one of the several states." Hendrick v. Maryland S.C. Reporter's Rd. 610-625. (1914)

It is a fact that: I explicitly reserve all of my rights always and forevermore.
It is a fact that: That the United States, with intent and great deception, uses the term "United States citizen", to deprive the people of their rights, their birth rights, their property and freedom. And further, to relegate the status of the people, to that of livestock.

# CEASE AND DESIST

## Nemo me impune lacessit.

**I owe you nothing nor do you have any jurisdiction over me**. The rights of the individuals are restricted only to the extent that they have been voluntarily surrendered by the citizenship to the agencies of government. "City of Dallas v Mitchell, 245 S.W. 944

" A concurrent or "joint resolution" of legislature in not "Law", (Koenig v. Flynn, 258 N.Y. 292, 179 N.E. 705, 707: Ward v. State, 176 Okl. 368, 56 P.2d 136,137: State ex rel. Todd v Flynn, 7 Wash.2d 443, 110 P.2d 162,165). All codes, rules, and regulations are for government authorities only, not human/Creators in accord with God's Laws, "All codes, rules, and regulations are unconstitutional and lacking due process of law.." (Rodriques v, Ray donavan, U.S. Department of Labor, 769 F.2d 1344,1348 (1985):…lacking due process of law, in that they are "void for ambiguity" in their failure to specify the statutes applicability to "natural persons", otherwise depriving the same of fair notice, as their constitution by definition of terms aptly identifies the applicability of such statutes to "artificial or fictional corporate entities or "persons", creatures of statute, or those by contract employed as agents or representatives, departmental subdivisions, offices, and property of the government, but not the "Natural Person" or American citizen Immune from such jurisdiction of legalism".

**To any and all Elected, appointed and or hired public officials and or servants in all departments that harass, threaten, attempt to coerce, use scare tactics, stalk and all other unlawful and or illegal actions of the agency in attempt to prosecute under statute, code and or policy** (A "code" or Statute is not Law",( Flournoy v. first Nat. Bank of Shreveport 197, La 1067, 3 So.2d 244, 248)., **is depriving me of our right to tranquility guaranteed by the preamble of, and the rest of the constitution for the United States of America and the State of California. If you choose to ignore this communication and proceed (including but not limited to 18 USC § 241 & 242), you are hereby noticed of multiple potential violations of ADA laws, the RICO laws, stocking laws, mail fraud laws, depriving rights under color of law as well as the common law and the constitution and subject to legal and or litigatory action. Your actions are also acts of treason and tyranny as stated by Federal Law.**

"All laws which are repugnant to the constitution are null and void." – Marbury v Madison

"Where rights secured by the Constitution are involved, there can be no rule making or legislation which would abrogate them." Miranda vs. Arizona, 384 US 436, 491

"The claim and exercise of a constitutional Right cannot be converted into a crime." Miller vs. U.S., 230 F. 486, 489

"There can be no sanction or penalty imposed upon one because of this exercise of constitutional Rights." Snerer vs. Cullen, 481 F. 946

"An…officer violates the Constitution he ceases to represent the government." Brookfield County V. Stuart, 234 F. Supp. 94

Exhibit D

# CEASE AND DESIST

## Nemo me impune lacessit.

"No public policy of a state can be allowed to override the positive guarantees of the U.S. Constitution." 16 Am. Jur. (2nd), Const. Law, Sect. 7R

"This Constitution, AND the Laws of the United States which shall be made in pursuance thereof;...shall be the supreme Law of the Land; and the Judges in EVERY State shall be bound thereby, any Thing in the Constitution or laws of any State to the Contrary notwithstanding. The Senators and Representatives before mentioned, and the Members of the several State Legislatures, and all executive and judicial Officers, both of the several States, shall be bound by Oath or Affirmation, to support this Constitution." The Art. 6 of the U. S. Constitution

"For a crime to exist, there must be an injured party. There can be no sanction or penalty imposed upon one because of this exercise of Constitutional Rights. Sherar v. Cullen, 481 F. 945

"The assertion of federal Rights, when plainly and reasonably made, is not to be defeated under the name of local practice." Davis v. Wechsler, 263 U.S. 22, 24

### I ORDER YOU TO CEASE AND DESIST ALL ACTIVITIES AGAINST ME!

By: _____

crocker, Benjamin;David

All rights reserved, retained, Belligerently Claimed, Vigorously, Enthusiastically and Seriously Defended

Eleventh day of February, in the year of our Lord 2022

*Exhibit D*

*Attachment #1*



791496

## ORIGON STATE HEALTH DIVISION
## CERTIFICATE OF LIVE BIRTH

| | | |
|---|---|---|
| CHILD — NAME | First BENJAMIN | Middle DAVID | Last CROCKER |
| 2. SEX Male | DATE OF BIRTH (month, day, year) | HOUR 0:06 | HOSPITAL — NAME or FACILITY Rogue Valley Memorial Hospital |
| CITY, TOWN, OR LOCATION OF BIRTH Medford | | COUNTY OF BIRTH Jackson | |

I certify that the above named child was born alive at the place and time and on the date stated above.

CERTIFIER — NAME AND TITLE (Type or print) Robert B. Jacobson, M.D.

SIGNATURE ▶ B. Jacobson MD

DATE SIGNED (month, day, year) October 30, 1979

DATE RECEIVED BY REGISTRAR NOV 01 1979

MAILING ADDRESS (Street, city or town, state, zip) 777 Murphy Road, Medford, Oregon 97501

REGISTRAR — SIGNATURE ▶ Beverly Croxford

| MOTHER — MAIDEN NAME | First Sally | Middle Ann | Last Simpson | AGE (at time of this birth) 30 | STATE OF BIRTH (if not in U.S.A, name country) California |
| RESIDENCE - STATE Calif. | COUNTY Siskiyou | CITY, TOWN, OR LOCATION Klamath River | STREET AND NUMBER Star Route | Inside City Limits (specify yes or no) NO |

MOTHER'S MAILING ADDRESS if same as above, enter Zip Code only

96050

| FATHER — NAME | First David | Middle Laurence | Last Crocker | AGE (at time of this birth) 35 | STATE OF BIRTH (if not in U.S.A, name country) California |

(Signature of Parent or other Informant) ▶ David L. Crocker

RELATION TO CHILD Mother

ITEM CORRECTED

CORRECTED TO READ

DOCUMENTARY EVIDENCE

REVIEWED BY

DATE ISSUED NOVEMBER 16 1979

STATE OF OREGON, COUNTY OF MULTNOMAH)ss

I HEREBY CERTIFY THAT THE FOREGOING COPY HAS BEEN COMPARED BY ME WITH THE ORIGINAL DOCUMENT AND IS A TRUE, FULL AND CORRECT COPY OF THE ORIGINAL CERTIFICATE AS THE SAME APPEARS ON FILE IN THE VITAL STATISTICS SECTION OF THE OREGON STATE HEALTH DIVISION AND IN MY OFFICIAL CARE AND CUSTODY.

STATE REGISTRAR

*Marvin C. Harm*

NOT VALID WITHOUT RAISED SEAL OF OREGON STATE HEALTH DIVISION

*Exhibit D*
Attachment
# 2

# *Oath of Office*



FILED

JAN 07 2019

WILLIAM SCHULTZ, Recorder-Clerk
By

STATE OF CALIFORNIA } ss.

COUNTY OF EL DORADO }

## *for the office of District Attorney*
## *County of El Dorado*

# *I, Vern Pierson*

*do solemnly swear (or affirm) that I will support and defend the Constitution of the United States and the Constitution of the State of California against all enemies, foreign and domestic; that I will bear true faith and allegiance to the Constitution of the United States and the Constitution of the State of California; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties upon which I am about to enter.*

_____
(Signature)

*Subscribed and sworn to before me, this* ___ *day of* _____ 20__.

_____
*Presiding Judge, Superior Court of California,*
*County of El Dorado*
*Honorable Suzanne N. Kingsbury*

*[handwritten: Exhibit D Attachment #3]*

From the Desk of:

crocker, Benjamin;David

In Care of: 105 Terrace View Circle

Jackson, California, Zip Exempt

# *Acceptance of Oath of Office*

## FOR ELECTED OFFICE AND EMPLOYEES

### (California State Constitution, Art. XX, Sec. 3)

**STATE OF CALIFORNIA  )**

)SS

**COUNTY OF EL DORADO)**

**February 11, 2022**

**To: VERN R. PIERSON**

**I, BENJAMIN DAVID CROCKER, do hereby Accept your "Oath of Office" to support and defend the Constitution of the United States of America and the Constitution of the State of California against all enemies, foreign and domestic: that you will bear true faith and allegiance to the Constitution of the United States and the Constitution of the State of California; that you take this obligation freely, without any mental reservation or purpose of evasion; and that you will faithfully discharge the duties upon which you have entered.**

**This acceptance creates joinder and a legally binding, no signature required (Banner Entertainment, Inc v. Superior Court (1988) 62 Cal. App. 4ᵗʰ. 348 [72 Cal. Rptr. 2d 598], contract between us, in that you protect our (yours and mine) inalienable Constitutional guarantees of freedom.**

**Restatement (Second) of Contracts 69 § (1) (b) Acceptance by silence or exercise of dominion. No signature is required from you to make this a legally binding contract.**

**By:** _____

**crocker, Benjamin;David**

All rights reserved, retained, Belligerently Claimed, Vigorously, Enthusiastically and Seriously Defended

Exhibit DP
Attachment
# 4

**Mandatory Prosecuting or Plaintiff Attorney Questionnaire/Disclosure.**

5 U.S.C. § 552 FOIA, Article 1, Section 3 of the California Constitution and the California Public Records Act Gov't. Code § 6250 et seq.

For Attorney Name _____

1. Do you have a business license [  ] Yes [  ] No
1a If so, please provide the following information:
Licensing Authority _____
License Number _____
Date of License _____
Name of Business _____
To Whom Issued _____

2a Are you "licensed" to practice law?   [  ] Yes [  ] No (not referring to a union membership)
2b If so, please provide the following information:
Licensing Authority _____
License Number _____
Date of License _____

2c What does this license authorize (e.g. The practice of law or the operation of a Business?
_____

3a Are you a personal corporation or other entity when acting as an attorney? [  ] Yes [  ] No
3b If Yes, in what capacity do you act?
_____
_____

3c If you act as a corporation while in the capacity of attorney, please provide the following information:
Location where formed _____
Date of formation:_____
Name of corporation _____
Name of corporate CEO or President_____
_____

*Exhibit D*
*Attachment #4*

Corporate liability: [ ] Limited [ ] Regular (check one)

3d If an alien or foreign corporation, has the corporation been registered with State Secretary of State? [ ] Yes [ ] No

3e If Yes, please provide the following information:
Registering Authority_____
Registration Number _____
Date of Registration _____

4. Please provide your Attorney Bar Association Member Card (Union Card) #
_____

5a Are you bonded for the practice of law? [ ] Yes [ ] No

5b If Yes, please provide the following:
Bond Number: _____
Bond company name: _____
Bond Company Address:_____
_____
Bond company phone: _____
Bond Amount:_____
Bond Description: _____
_____

6a Do you carry Errors and Omissions Insurance? [ ] Yes [ ] No

6b If Yes, please provide the following:
Insurance Number _____
Insurance company name:_____
Insurance company address: _____
_____
Insurance company phone ( )_____ - _____
Insurance amount: $_____
Insurance description _____
_____

6c If self insured, have you listed the assets used to form the insurance with any State Insurance Commission? [ ] Yes [ ] No

Exhibit
D

Attachment
# 4

7a Are you insured against malpractice? [ ] Yes [ ] No

7b If Yes, please provide the following:
Insurance Number:_____
Insurance Company name:_____
Insurance company address:_____
_____
Insurance company phone: (        )_____ - _____
Insurance amount $_____
Insurance Description _____

7c If self insured, have you listed the assets used to form the insurance with any
State Insurance Commission? [   ]Yes [   ] No
7d If Yes, what State? _____

8a Are you licensed to practice in endeavors-undertaking other than JUDICIAL,
At and before the Executive branch (quasi-judicial) levels for Administrative
Pleading, as required by the class of cases represented on page 286, 1 US Sct
Digest under "Exhaustion of Administrative Remedies? [ ] Yes  [   ] No

8b If Yes, please provide:
Licensing Authority in the Executive Branch:_____
_____
Your license Number: _____
The date of license: _____

9 Do you have Power of Attorney to represent the juristic person/corporate
Entity known as UNITED STATES of AMERICA or similar [  ] Yes  [ ] No

9a If Yes, please provide the following:
Date of Power of Attorney _____
Is the Power of Attorney [ ] General or [ ] Limited (check one)
What date does it expire? _____

If Limited, what are the limitations?
If more space is required, use the back of this page to continue
_____
Authorizing Signature (officer name) _____
Is signature notarized? [ ] Yes [ ] No

Attachment #4

10 Do you have Power of Attorney to represent the corporation duly authorized to do business under the laws of the State of California, known as YOUR Dealer Services ?
[  ] Yes [  ] No

10a If Yes, please provide the following: Date of Power of Attorney _____
Is the Power of Attorney [  ] General or [  ] Limited (check one)

What date does the Power of Attorney expire? _____
If limited, what are the limitations?
If more space is required, use the back of this page to continue

_____
_____
Authorizing Signature _____
Is signature notarized? [  ] Yes [  ] No

11 Do you have Power of Attorney to represent the juristic person/corporate
Entity known as UNITED STATES OF AMERICA, or UNITED STATES [  ] Yes [  ] No
11a If Yes, please provide the following:
Date of Power of Attorney _____
Is the Power of Attorney [  ] General or [  ] Limited (check one)
What date does it expire? _____
If limited, what are the limitations?
If more space is required, use the back of this page to continue

_____
Attorney Questionnaire – Page 5
Authorizing signature (officer) _____
Is signature notarized? [ ]Yes [ ] No

Do you have any firsthand knowledge of the facts in this matter? [  ] Yes [  ] No

12 Are you competent to be a witness? [  ] Yes [  ] No

13 Are you a competent witness in this case? [  ] Yes [  ] No

14 Is your client legally incompetent in that the representative of this client
Declared themselves to be either unwilling or unable to negotiate directly with me?
[  ] Yes [  ] No

15 Do you have a specific authorization of law to exercise the functions of
Your office outside of the District of Columbia? [  ] Yes [  ] No

*Exhibit D*

*Attachment # 4*

16 Has your client agreed that he will be bound by your actions and legal Determinations? [ ] Yes [ ] No

Verification:
I declare under the penalty of perjury and under my full commercial Liability herein is true, correct, complete, and not misleading.

DATED THIS _____day of _____ 201__

_____ (Signature)
**Attorney Name**
**Address**
**City, State Zip**

NOTICE AND WARNING THIS QUESTIONNAIRE MUST BE COMPLETED AND RETURNED WITHIN 5 DAYS, OR WILL BE ACCEPTED AS YOUR REFUSAL TO DISCLOSE IMPORTANT INFORMATION AND THIS CASE (Redacted) WILL BE PERMANENTLY CLOSED. SO HELP ME GOD.

**Please Complete and Return to:**

crocker, Benjamin;David
In Care Of Address:
C/O: 105 Terrace View Circle
Jackson, California, Zip Exempt

This Eleventh Day of February Two Thousand Twenty Two

*Exhibit E*

Incident Date: 12-3-21
Incident # Redacted
All Case #'s Redacted
All Cusip #'s Redacted
All Dunn and Bradstreet #'s Redacted
Registered Mail # Redacted

2/11/2022

Dear Honorable Presiding Judge Michael J. McLaughlin,
And or Commissioner and or whom it may concern:

El Dorado County Superior Court, Department # 4
South Lake Tahoe Branch
1354 Johnson Blvd.
South Lake Tahoe, CA 96150

I hope you are well.

This is a private communication regarding a confidential matter where I was discriminated against, attacked without provocation, assaulted, battered, literally broken in half at the hips, tortured, medically neglected, held hostage against my will and my personal property was taken, misplaced and or withheld.

1. I Benjamin David Crocker am defined under 8 USC Section 1101 (a)(21)(23). Additionally, I am disabled per Federal ADA Guidelines from multiple preexisting medical conditions. Barton Hospital and Barton Staff have discriminated against and harassed me since before May of 2021 in direct contradiction of Barton's Patient's Rights Policy and Procedure manual, The American Disabilities Act as well as a number of previously established Federal and State Governmental rules, codes, statutes and ordinances- Barton's Staff has both verbally and by email threatened retaliation against me to discontinue medical care if I questioned Barton's mask policy, questioned or expressed dissatisfaction with the numerous different medications prescribed (specifically negative medication interactions and their effect on my body), various treatment methods prescribed and recommended by Barton staff, or for expressing my truthful experience. Since May of 2021, I have undergone reconstructive surgery at Barton on both right and left shoulders. The left in May and the right in July. Previously to that I have been treated at Barton for neuropathy, cervical, thoracic and upper lumbar, skeletal and muscular ailments, reconstructive knee surgery as well as some other minor issues.

2. On 12-3-21 I arrived at Barton Hospital in South Lake Tahoe, California, for a prescheduled 9:20 after/post/surgery right shoulder MRI and Barton refused to treat me- "Mask policy" was cited as the reason for refusal. I cannot properly breath in a mask and my body cannot get enough oxygen. I have passed out in the past while wearing masks. To be forced to wear one is not only physically and emotionally unhealthy for me, but it is also against my God Given belief in every American's Constitutional, Religious and Medical Freedoms regarding (but not limited to) Life, Choice, Law, Happiness, Liberty and Justice.

3. Hospital staff stated I would not be treated and requested I leave before calling the police on me, citing mask policy. I was not offered the option of wearing an approved face shield that would allow me to breath properly. I left and walked outside the building to interact with Law Enforcement.

Exhibit E

4. As I was walking outside, I called 911 and requested for the Sheriff to respond, 911 dispatch cites "outside Sheriffs jurisdiction".

5. I was already outside of the building sitting on the ground/curb talking to the 911 dispatcher when four City of South Lake Tahoe Police Officers surrounded me. I tried to explain to them I was there for a prescheduled MRI after a shoulder surgery. I requested to talk to the constitutional Sheriff stating it's not about policy and how I felt I was unlawfully being detained and falsely arrested, but the officers were not interested in listening to me. There was absolutely no de-escalation attempt by the officers. While armed, they threatened me by saying that I had to leave the hospital, citing policy and at that point, at least one of the Officers started yelling/screaming while standing over me. I asked him why he was yelling at me and told him that I would leave but he didn't give me any time in which I could comply before I was attacked. I reiterated to the Officers that I just had surgery as they were attacking me.

6. Even though I was already sitting on curb/ground, in no way a threat, the four Police Officers, attacked me by grabbing me, yanking me forward and pulling my arms straight out to the sides. The officers pulled my shoulders out of socket as they were wagging both my arms and body around while pushing me head down to the ground between my legs. As they were wagging me around like I was a ragdoll, they kept saying stop resisting even though I was as limp and compliant as I could be. The officers kept pulling in different directions and wagging on my arms, all the while pushing me face down to the ground with my head between my legs until the bone in the back of my right pelvis snapped and my hip rotated forward enough that the upper portion of my head above the left temple hairline hit the ground and my belly was forced down on the ground. I am laying face down in extreme pain, pain, woozy-haze-

7. Loss of consciousness-haze- bits and pieces..- I feel tortured and forced into a car.. I remember being held up/pushed back in the car by one of the Officers while I was blacking out. I came to handcuffed to a gurney with a mask forced over my face in the Emergency Room. I told the Doctor about my hip, shoulders, back, neck, knee, ect.,, Someone forced a mask on me-.- I do not consent.. I can't hardly get enough oxygen... I feel like they are trying murder me... Feel faint, like I'm going to pass out..-

8. Woozy-haze- again I ask for sheriff... want to talk to sheriff—.

9. Instead of the Sheriff, another Police Officer came in and interrogated me. By that time, I had worked the mask down past my nose with my mouth enough to breath, but someone kept putting it back on- The Officer told me he had taken the same oath of office the Sheriff did and my request to talk with Sheriff was denied. men i told him about the cops yelling at me and how they didn't give me time to respond before they attacked me, he deflected accountability, said the whole incident was recorded, then he wanted to know about my pockets and I told him about the keys, cash, vile of gold (1 dwt, AU), ect in my pockets. At that point the officer took everything out of my pockets. I do not know if I was previously searched while I was unconscious.

10. An x-ray of my right hip confirmed the pelvic fracture. Hospital staff informed me of the need for surgical repair of the injury, but that Barton would not perform the procedure and offered pain medication instead. I requested for the pain medication after the conclusion of the exam so I could be clear headed enough to let the Doctor know exactly what was wrong with the rest of my body. Again, I told the Doctor about my shoulders and the Doctor ordered another x-ray. At that point the Police became impatient and verbally pressured me to rush out of the Emergency Room before the exam/x-ray was complete. After physically being broke in half and while I was under duress from physical pain, emotional trauma and armed intimidation-.- I was in no way to

*Exhibit E*

resist being removed/discharged from the Emergency Room, forced into a Police car to sit on my fractured pelvis and taken to the Sheriffs jail facility in South Lake Tahoe without shoulder care, nor pain management.

11. In and out of consciousness- woozy- haze- pain-

12. At the Jail intake, I remember they had me sitting in wheelchair and were asking me intake questions, I told the Jail Intake Doctor and Sheriff Deputies at the Jail about my hip, shoulders, head and how I wanted to make report to Sheriff against Officers who beat me up. The Officer who brought me to the jail confirmed the emergency room diagnosed me with a pelvic fracture but deflected accountability saying it could have been preexisting. The Officer once again became aggressive, hostile and intimidating toward me by raising his voice and implied there was no head wound before taking pictures of my face with his personal cell phone even though I told him "NO". t remember feeling woozy-thirsty and requested water (H20). I told them I felt like I was going to pass out and they tried to hold me upright in the wheelchair- I lost consciousness at least twice again because the first time I came to I was laying on my back looking at the Doctor. The second time I came to, I was laying on floor on my right side looking at my own bloody vomit and I heard a female guard voice comment- "is that blood?". I specifically remember it was my right side because my hip was screaming ouch at me as I was being held down on it

13. I was put back in a wheelchair and I was put in a jail cell. Pain- woozy- Haze-

14. Pain- Woozy- Haze- I Feel faint- I remember calling out "guard!!!"- I lost consciousness again.. when I came to again, I was on the on floor. They tried to get me to eat. I was thirsty and given minimal H20- they got me back into the wheelchair- an unknown amount of time passes- I am still thirsty and request H20 but am provided some sort of sour/bitter reddish color powdered sugar drink, which I was told was Gatorade-but tasted like unknown crushed up medication-woosy feeling drugged- faint headed- I remember calling out for the Doctor/Hospital- in and out of consciousness. Wheelchair-bench-toilette- ouch- in and out of consciousness-

15. I was finally released shortly before midnight on crutches. My possessions were returned upon release except for the cash and gold. Instead of returning the cash, the jail provided a third party, prepaid debit card that charges extra fee's to access the cash that was taken... no gold.

16. I was cruelly and unusually punished by psychological, emotional and physical abuse as well as detainment against my consent without proper medical care for almost 14 hours.

17. On December 4, 2021, the fracture of my pelvis was reconfirmed by a different medical facility, along with the need for surgical reconstructive repair on my pelvis.

18. On December 7, 2021, I was diagnosed with sprain/strain of the shoulders by a different medical facility, referred for x-rays and specialized follow up care-

19. On December 7, 2021, I was diagnosed with strain of the neck by a different medical facility, referred for x-rays and specialized follow up care.

20. On December 8, 2021, I was x-rayed by a different medical facility and referred for specialized follow up care.

Exhibit E

21. On, December 17, 2021, I received an email from Barton Risk Management stating, 'Your avulsion fracture requires surgery and follow-up care"-

22. I have been discriminated against, suffered physically as well as emotionally. I have been suffering physically and emotionally and continue to suffer physically and emotionally from my injuries.

23. Because of the above described traumatic event and multiple other previous negative interactions with some (but not all) Police and Law Enforcement Officers who have breeched public trust and abused positions of authority, **"I am deathly afraid for my life"** to come/walk into this and most courts and be around or in contact most Police and or Law Enforcement Officers.

24. I am only making a special appearance to settle this matter because I promised to while under coercement, armed intimidation and physical and emotional duress.

25. I hereby accept your oath of office in this matter creating joinder, therefor we now have a firm and binding no signature required contract (Banner Entertainment, Inc v. Superior Court (1988) 62 Cal. App. 4th 348 [72 Cal. Rptr. 2d 598]) in which you will protect both our rights as you so swore, so help me God. RESTATEMENT (SECOND) OF CONTRACTS 69(1)(a)(b)(c)(2) Acceptance by Silence or Exercise of Dominion, in which you will protect our rights as you swore, so help me God. No signature is required from you to make this a legally binding contract.

_____

**crocker, Benjamin;David**

All rights reserved, retained, Belligerently Claimed, Vigorously, Enthusiastically and Seriously Defended

This Eleventh day of February, in the year of our Lord 2022



From The Desk Of: crocker, Benjamin David
Address: In Care Of: 105 Terrace View Circle
Jackson, California, Zip Exempt

Registered Mail # {-Redacted-}

# Affidavit- Proof of Claim-

# 5 U.S.C § 552 & Official Request for records-

# Evidence Preservation Letter/Notice of Intent-

# Legal Notice & Notice of Claim of Damages–
# Transgression fee schedule -
# True Bill & 1st Notice/1st Opportunity to Cure

Regarding: 12-3-21 Incident # {-Redacted-}

Cusip Attaching/Report/Case # {-Redacted-}

All Dun and Bradstreet #'s {-Redacted-}


To:

**1. South Lake Tahoe Police-**Four Unknown Named Officers
1352 Johnson Blvd
South Lake Tahoe, CA 96150
Phone: (530) 542-6100

**2. South Lake Tahoe Chief of Police-**David Stevenson
1352 Johnson Blvd
South Lake Tahoe, CA 96150
Phone: (530) 542-6100

**3. South Lake Tahoe Ctiy Council**
**Mayor-**Tamara Wallace **Term Expires:** November 2022
**Mayor Pro Tem-**Devin Middlebrook, **Term Expires:** November 2022
**Council Member-**John Friedrich, **Term Expires:** November 2024
**Council Member-**Cody Bass, **Term Expires:** November 2022
**Council Member-**Cristi Creegan, **Term Expires:** November 2024
1901 Lisa Maloff Way, Suite 206
South Lake Tahoe, CA 96150
(530) 545-2623

**4. City of South Lake Tahoe-Office of the City Clerk**
**City Clerk-** Susan Blankenship

*Exhibit F*

1901 Lisa Maloff Way
South Lake Tahoe, CA 96150
(530) 542-6005

**5. El Dorado County Elected-Constitutional-Sheriff-Coroner- Public Administrator's
Office-** Unknown Number of Unknown Named Deputies, South Lake Tahoe Jail Facility
1360 Johnson Blvd. #100
South Lake Tahoe, CA 96150
(530) 573-3000

**6. El Dorado County Elected-Constitutional-Sheriff-Coroner- Public Administrator's
Office-** Unknown Named Doctor, On Call, South Lake Tahoe Jail Facility
1360 Johnson Blvd. #100
South Lake Tahoe, CA 96150
(530) 573-3000

**7. El Dorado County Elected-Constitutional-Sheriff-Coroner- Public Administrator's
Office-**John D'Agostini
1360 Johnson Blvd. #100
South Lake Tahoe, CA 96150
(530) 573-3000

**8. El Dorado County Board of Supervisors :**
*District I-*John Hidahl
*District II-*George Turnboo
*District III-*Wendy Thomas
*District IV-*Lori Parlin
*District V-*Sue Novasel
330 Fair Lane
Placerville, CA 95667
(530) 573-7955 x5390

# Affidavit:

To the above addressed Respondent(s). Notice to Agent is Notice to Principle, Notice to Principle is
notice to Agent. Please rebut these facts point for point within 14 days.~By Respondent(s)' silence, they
have agreed to PROOF OF CLAIM(S):

1. PROOF OF CLAIM(S): I Benjamin David Crocker am defined under 8USC1101(a)(21). Barton Hospital
and Barton Staff have discriminated against and harassed me since before May of 2021 in direct
contradiction of Barton's Patient's Rights Policy and Procedure manual, The American Disabilities Act as
well as a number of previously established Federal and State Governmental rules, codes, statutes and
ordinances. Barton's Staff has both verbally and by email threatened retaliation against me to discontinue
medical care if I questioned Barton's mask policy, questioned or expressed dissatisfaction with the
numerous different medications prescribed (specifically negative medication interactions and their effect
on my body), various treatment methods prescribed and recommended by Barton staff, or for expressing
my truthful experience. Since May of 2021, I have undergone reconstructive surgery at Barton on both
right and left shoulders. The left in May and the right in July. Previously to that I have been treated at
Barton for neuropathy, cervical, thoracic and upper lumbar, skeletal and muscular ailments,
reconstructive knee surgery as well as some other minor issues.

Exhibit F

2. PROOF OF CLAIM(S): On 12-3-21 I arrived at Barton Hospital in South Lake Tahoe, California, for a prescheduled 9:20 after/post/surgery right shoulder MRI and Barton refused to treat me. "Mask policy" was cited as the reason for refusal. I cannot properly breath in a mask and my body cannot get enough oxygen. I have passed out in the past while wearing masks. To be forced to wear one is not only physically and emotionally unhealthy for me, but it is also against my God Given belief in every American's Constitutional, Religious and Medical Freedoms regarding (but not limited to) Life, Choice, Law, Happiness, Liberty and Justice.

3. PROOF OF CLAIM(S): Hospital staff stated I would not be treated and requested I leave before calling the police on me, citing mask policy. I was not offered the option of wearing an approved face shield that would allow me to breath properly. I left and walked outside the building to interact with Law Enforcement.

4. PROOF OF CLAIM(S): As I was walking outside, I called 911 and requested for the Sheriff to respond, 911 dispatch cites "outside Sheriff's jurisdiction".

5. PROOF OF CLAIM(S): I was already outside of the building sitting on the ground/curb talking to the 911 dispatcher when four City of South Lake Tahoe Police Officers surrounded me. I tried to explain to them I was there for a prescheduled MRI after a shoulder surgery. I requested to talk to the constitutional Sheriff stating it's not about policy and how I felt I was unlawfully being detained and falsely arrested, but the officers were not interested in listening to me. There was absolutely no de-escalation attempt by the officers. While armed, they threatened me by saying that I had to leave the hospital, citing policy and at that point, at least one of the Officers started yelling/screaming while standing over me. I asked him why he was yelling at me and told him that I would leave but he didn't give me any time in which I could comply before I was attacked. I reiterated to the Officers that I just had surgery as they were attacking me.

5. PROOF OF CLAIM(S): Even though I was already sitting on curb/ground, in no way a threat, the four Police Officers, attacked me by grabbing me, yanking me forward and pulling my arms straight out to the sides. The officers pulled my shoulders out of socket as they were wagging both my arms and body around while pushing me head down to the ground between my legs. As they were wagging me around like I was a ragdoll, they kept saying stop resisting even though I was as limp and compliant as I could be. The officers kept pulling in different directions and wagging on my arms, all the while pushing me face down to the ground with my head between my legs until the bone in the back of my right pelvis snapped and my hip rotated forward enough that the upper portion of my head above the left temple hairline hit the ground and my belly was forced down on the ground.

6. PROOF OF CLAIM(S): I am laying face down in extreme pain, pain, woozy-haze-

7. PROOF OF CLAIM(S): Loss of consciousness-haze- bits and pieces... I feel tortured and forced into a car... I remember being held up/pushed back in the car by one of the Officers while I was blacking out. I came to handcuffed to a gurney with a mask forced over my face in the Emergency Room. I told the Doctor about my hip, shoulders, back, neck, knee, ect... Someone forced a mask on me... I do not consent... I can't hardly get enough oxygen... I feel like they are trying murder me... Feel faint, like I'm going to pass out...

8. PROOF OF CLAIM(S): Woozy-haze- again I ask for sheriff... want to talk to sheriff...

9. PROOF OF CLAIM(S): Instead of the Sheriff, another Police Officer came in and interrogated me. By that time, I had worked the mask down past my nose with my mouth enough to breath, but someone kept putting it back on. The Officer told me he had taken the same oath of office the Sheriff did and my request to talk with Sheriff was denied. When I told him about the cops yelling at me and how they didn't give me time to respond before they attacked me, he deflected accountability, said the whole incident was recorded, then he wanted to know about my pockets and I told him about the keys, cash, vile of gold (1 dwt, AU), ect in my pockets. At that point the officer took everything out of my pockets. I do not know if I was previously searched while I was unconscious.

10. PROOF OF CLAIM(S): An x-ray of my right hip confirmed the pelvic fracture. Hospital staff informed me of the need for surgical repair of the injury, but that Barton would not perform the procedure and offered pain medication instead. I requested for the pain medication after the conclusion of the exam so I

Exhibit F

could be clear headed enough to let the Doctor know exactly what was wrong with the rest of my body. Again, I told the Doctor about my shoulders and the Doctor ordered another x-ray. At that point the Police became impatient and verbally pressured me to rush out of the Emergency Room before the exam/x-ray was complete. After physically being broke in half and while I was under duress from physical pain, emotional trauma and armed intimidation... I was in no way to resist being removed/discharged from the Emergency Room, forced into a Police car to sit on my fractured pelvis and taken to the Sheriff's jail facility in South Lake Tahoe without shoulder care, nor pain management.

11. PROOF OF CLAIM(S): In and out of consciousness- woozy- haze- pain-

12. PROOF OF CLAIM(S): At the Jail intake, I remember they had me sitting in wheelchair and were asking me intake questions, I told the Jail Intake Doctor and Sheriff Deputies at the Jail about my hip, shoulders, head and how I wanted to make report to Sheriff against Officers who beat me up. The Officer who brought me to the jail confirmed the emergency room diagnosed me with a pelvic fracture but deflected accountability saying it could have been preexisting. The Officer once again became aggressive, hostile and intimidating toward me by raising his voice and implied there was no head wound before taking pictures of my face with his personal cell phone even though I told him "NO". I remember feeling woozy-thirsty and requested water (H2O). I told them I felt like I was going to pass out and they tried to hold me upright in the wheelchair- I lost consciousness at least twice again because the first time I came to I was laying on my back looking at the Doctor. The second time I came to, I was laying on floor on my right side looking at my own bloody vomit and I heard a female guard voice comment- "is that blood?". I specifically remember it was my right side because my hip was screaming ouch at me as I was being held down on it

13. PROOF OF CLAIM(S): I was put back in a wheelchair and I was put in a jail cell. Pain- woozy- Haze-

14. PROOF OF CLAIM(S): Pain- Woozy- Haze- I Feel faint- I remember calling out "guard!!!"- I lost consciousness again... when I came to again, I was on the on floor. They tried to get me to eat. I was thirsty and given minimal H2O- they got me back into the wheelchair- an unknown amount of time passes- I am still thirsty and request H2O but am provided some sort of sour/bitter reddish color powdered sugar drink, which I was told was Gatorade-but tasted like unknown crushed up medication- woosy- feeling drugged- faint headed- I remember calling out for the Doctor/Hospital- in and out of consciousness. Wheelchair-bench-toilette- ouch- in and out of consciousness-

15. PROOF OF CLAIM(S): I was finally released shortly before midnight. My possessions were returned upon release except for the cash and gold. Instead of returning the cash, the jail provided a third party, prepaid debit card that charges extra fee's to access the cash that was taken... no gold.

16. PROOF OF CLAIM(S): I was cruelly and unusually punished by psychological, emotional and physical abuse as well as detainment against my consent without proper medical care for almost 14 hours.

17. PROOF OF CLAIM(S): On December 4, 2021, the fracture of my pelvis was reconfirmed along with the need for surgical reconstructive repair.

18. PROOF OF CLAIM(S): On December 7, 2021, I was diagnosed with sprain/strain of the shoulders and referred for x-rays and follow up care.

19. PROOF OF CLAIM(S): On December 7, 2021, I was diagnosed with strain of the neck and referred for x-rays and follow up care.

20. PROOF OF CLAIM(S): On December 8, 2021, I was x-rayed and referred for follow up care.

21. PROOF OF CLAIM(S): On December 17, 2021, I received an email from Barton Risk Management stating, "Your avulsion fracture requires surgery and follow-up care".

22. PROOF OF CLAIM(S): I have been discriminated against, suffered physically as well as emotionally and every day I continue to suffer physically and emotionally from my injuries.

23. PROOF OF CLAIM(S): I hereby accept your oath of office in this matter creating joinder, therefor we now have a firm and binding no signature required contract, RESTATEMENT (SECOND) OF

Exhibit F

CONTRACTS § 69.(1)(a)(b)(c)(2) Acceptance by Silence or Exercise of Dominion in which you will protect my rights as you swore, so help me God.

# F.O.I.A., 5 U.S.C § 552

# Official Request for records Public/Open Records Request

### PURSUANT (BUT NOT LIMITED TO):

THE CONSTITUTION OF THE UNITED STATES OF AMERICA, ARTICLE4, CLAUSE3

5 U.S. Code § 3331 – Oath of office

CALIFORNIA CONSTITUTION, ARTICLE XX, SECTION 3

CA GOV CODE TITLE 1. GENERAL [100-7914] (Enacted by Stats. 1943, Ch. 134)

DIVISION 4. PUBLIC OFFICERS AND EMPLOYEES [1000-3599] (Enacted by Stats. 1943, Ch 134)

CHAPTER 3. OFFICIAL BONDS [1450-1653] (Enacted by Stats. 1943, Ch 134)

ARTICLE 1. GENERAL 1457 [1450-1463] (Enacted by Stats. 1943, Ch 134)

ARTICLE 1. GENERAL 1460 [1450-1463] (Enacted by Stats. 1943, Ch 134)

CA GOV CODE SECTION 1480-1482

PROBATE CODE-DIVISION 4. GUARDIANSHIP, CONSERVATORSHIP AND OTHER PROTECTIVE PROCEEDINGS [1400-3925] (Enacted by Stats. 1990, Ch 79)

PART 4. PROVISIONS COMMON TO GUARDIANSHIP AND CONSERVATORSHIP [2100-2893] (Enacted by Stats. 1990, Ch 79)

CHAPTER 4. OATH, LETTERS AND BOND [2300-2341] (Enacted by Stats. 1990, Ch 79)

ARTICLE 3. BONDS OF GUARDIANS AND CONSERVATORS [2320-2335] (Enacted by Stats. 1990, Ch 79)

ARTICLE 3. DEPUTIES AND EMPLOYEES [350 - 357] (Article 3 added by Stats. 2011, Ch. 243, Sec. 2.)

ARTICLE 2. COMMISSIONER OR BUSINESS OVERSIGHT [320 -337] (Heading of Article 2 amended by Stats. 2013, Ch. 352, Sec. 82.)

BUSINESS AND PROFESSIONS CODE – BPC DIVISION 1. DEPARTMENT OF CONSUMER AFFAIRS [100 - 472.5] (Heading of Division 1 amended by Stats. 1973, Ch. 77.) CHAPTER 1. The Department [100 - 144.5] (Chapter 1 enacted by Stats. 1937, Ch. 399.)

ARTICLE 1. ELECTION AND TERMS [6050 - 6056] (Article 1 enacted by Stats. 1937, Ch. 368.)

ARTICLE 1. BOARD OF DIRECTORS [22401 - 22411] (Article 1 added by Stats. 1953, Ch. 151.)

CHAPTER 1. DIRECTORS, 74207 [74200 - 74209] (Chapter 1 added by Stats. 1965, Ch. 75.)

Exhibit F

**ARTICLE 2. INTERNAL ORGANIZATION 22845 [22840 - 22849]** *(Article 2 added by Stats. 1943, Ch. 372.)*

**CHAPTER 3. EMERGENCY ELECTIONS IN CITIES 10309 [10300 – 10312]** *(Chapter 3 enacted by Stats. 1994, Ch. 920, Sec. 2.)*

**CHAPTER 3. DEPUTIES 24102 [24100 - 24105]** *(Chapter 3 added by Stats. 1947, Ch. 424.)*

**GOVERNMENT CODE TITLE 1. GENERAL [100 – 7914]** *( Title 1 enacted by Stats. 1943, Ch. 134. )* **DIVISION 4. PUBLIC OFFICERS AND EMPLOYEES [1000 - 3599]** *(Division 4 enacted by Stats. 1943, Ch. 134. )* **CHAPTER 3. OFFICIAL BONDS [1450 – 1653]** *( Chapter 3 enacted by Stats. 1943, Ch. 134. )* **ARTICLE 1. GENERAL 1453 [1450 - 1463]** *( Article 1 enacted by Stats. 1943, Ch. 134. )*

**GOVERNMENT CODE TITLE 3. GOVERNMENT OF COUNTIES [23000 - 33205]** *(Title 3 added by Stats. 1947, Ch. 424.)* **DIVISION 2. OFFICERS [24000 - 28085]** *(Division 2 added by Stats. 1947, Ch. 424.)* **PART 3. OTHER OFFICERS [26500 - 27773]** *(Part 3 added by Stats. 1947, Ch. 424.)* **CHAPTER 6. Recorder [27201 - 27399]** *(Chapter 6 added by Stats. 1947, Ch. 424.)* **ARTICLE 2. Books 27246 [27230 - 27265]** *(Article 2 added by Stats. 1947, Ch. 424.)* The recorder shall keep an index of official bonds, labeled: "Official bonds," each page divided into four columns, headed respectively: "Names of officers," "Names of offices," "Amount of bonds," and "When and where recorded."

**GOVERNMENT CODE TITLE 1. GENERAL [100 - 7914]** *( Title 1 enacted by Stats. 1943, Ch. 134. )* **DIVISION 7. MISCELLANEOUS [6000 - 7599.2]** *( Division 7 enacted by Stats. 1943, Ch. 134. )* **CHAPTER 2. Fees [6100 - 6111]** *( Chapter 2 enacted by Stats. 1943, Ch. 134. )* **6108** No officer of a county or judicial district shall charge or receive any fee or compensation for administering or certifying the oath of office or for filing or swearing to any claim or demand against any county in the State.

**GOVERNMENT CODE § 6516**

1.Please provide Certified Copies of all the "Oaths of Office" for all above so named/addressed Elected and or Hired Public Officials.

2.Please provide Certified Copies of Contact information regarding, (but not limited to) the following terms and definitions: Record or book or index of Official Bonds, Liability Insurance, Oath of Office Bonding Insurance, Bonding and or Individual and Employing Municipal Certificates of Public Official Bond, Indemnity, Insurance, Insurance pooling arrangement, Tort Liability, Public Liability, Faithful Performance Bond, Fidelity Bond, or other losses (including but not limited to): Abuse of office, Breech of duty, Negligence, Misapplication, Trespass of Civil Rights, Failure to Act, Over officious, Under officious, Perjury, Subornation, Damages, Individual - City - County - State – Federal - Agency Blanket and or Umbrella Policy, Official Employee Misconduct Policy, Individual - Government - City - County - State - Federal Official Employee Civil and Criminal Crime Policy, Malpractice and or Malfeasance Policy, for above so named Publicly Elected Officials, Employees, Agencies and Municipalities.

# F.O.I.A., U.S.C § 552

# Official Request for records Public/Open Records Request

# &

# Evidence Preservation Letter/Notice of Intent

Exhibit F

Notice to Agent is Notice to Principle-Notice to Principal is Notice to Agent

Dear Above So Addressed and or Whom it may concern,

I find it disheartening and it brings me great sorrow to bring this matter to your attention:

1.On 12-3-21 around 9:40 am, I was discriminated against, conspired against, refused service at a public accommodation in violation of ADA policy, medically neglected, verbally and physically attacked, verbally and physically assaulted, verbally and physically battered, literally broken in half at the hips, physically and emotionally tortured, held against my will and subject to cruel and unusual punishment. Because of my injuries, I am considering suing, but I would prefer to settle this matter, honorably in private.

2. In short, I was damaged for a non-discriminable, non-arrestable offense and neither Barton Hospital Staff nor South Lake Tahoe Police had reasonable suspicion that a discriminable offense or crime had occurred.

3.Barton Hospital Staff and South Lake Tahoe Police Officers and El Dorado County Jail Staff were aware of my preexisting disability, yet they, caused and or enabled "significant and lasting injury" and or delayed and or neglected appropriate medical care for a new debilitating injury.

4.Barton Hospital Staff and South Lake Tahoe Police Officers and El Dorado County Jail Staff were "ill-prepared" to accommodate a person with disabilities who could not follow their commands due to disability.

5.If I am forced to file this lawsuit, I will be seeking among other things injunctive relief and economic, compensatory and punitive damages and demands for changes to policies, procedures and practices.

6. I am considering a lawsuit in which I would be adding you as a co-plaintiff in a legal action for immediate relief based on ongoing injuries against my God-given liberties. I am giving you the advance courtesy that you will be added to the suit (if filed) as a plaintiff. Your sub-contractors, agencies, corporations and it's agents have discriminated and conspired to deprive me of my fundamental God-given liberty without due process, to commit fraud on my Estate and breached fiduciary duty. These corporations, employees and agents have breached fiduciary duty in both their individual and public capacities and used my name and my credit to gain financially for themselves while pretending to honor the constitution according to their oath's of office. I am required to notify you under the California Tort Claims Act to preserve all documents.

7.You must immediately suspend retention and destruction policies for documents, electronically stored information, and tangible things and must preserve and retain all documents, electronically stored information, and tangible things relating to occurrences or transactions discussed in this letter. The failure to preserve and retain this information may constitute "spoliation of evidence" and subject you and your employee's to legal claims for damages or monetary sanctions.

8.This letter is to inform you that I believe you and your client, employee, agency, corporation and organization may possess documents, electronically stored information, and tangible things relating to FRAUD on and abuse of my Physical Body, registered name; BENJAMIN DAVID CROCKER, Estate and Trust. As part of my ongoing investigation, you and your client may be requested to produce responsive documents, electronically stored information and tangible things. Thus, you and your client have an obligation to take reasonable steps to ensure that all relevant documents, electronically stored information and tangible things are safeguarded and preserved until the resolution of this legal matter.

DEFINITIONS

Exhibit F

For the purposes of this letter, the terms *"document," "electronically stored information," "occurrence or transaction,"* and tangible thing" mean the following:

Document. The term *"document"* means information that is fixed in a tangible medium, such as paper. It includes but is not limited to, writings, drawings, films, charts, photographs, notices, memoranda, diaries, minutes, correspondence, books, journals, ledgers, reports, worksheets, notes, printed e-mails, letters, abstracts, audits, charts checks, diagrams, drafts, instructions, lists, logs, resumes, summaries, ledgers, reports, worksheets, notes, printed e-mails, letters, abstracts, audits, charts, checks, diagrams, drafts, instructions, lists, logs, resumes, summaries. Electronically stored information. The term "electronically stored information" means electronic information that is stored in a medium from which it can be retrieved and examined. It includes, but is not limited to., all electronic files that are electronically stored. "Electronically stored information. The term "electronically stored information means electronic information that is stored in a medium from which it can be retrieved and examined. It includes, but is not limed to, all electronic files that are electronically stored.

*"Electronic File"* includes, but is not limited to, the following: voicemail messages and files: e-mail messages and files: text messages and files: deleted files: temporary files? System history files: Internet or web-browser-generated information stored in textual, graphical, or audio format, including history files, caches, and cookies; computer activity lots: metadata: Unless otherwise defined each example used to illustrate the term "electronic file" will have the meaning assigned to it by dictionary.

*"Electronic information system"* refers to a computer system or network that contains electronic files an electronic storage. Unless otherwise defined each example used to illustrate the term "electronic information system" will have the meaning assigned to it by Dictionary.

*"Electronic storage"* refers to electronic files contained on magnetic, optical, or other storage media, such as hard drives, flash drives, DVD's, CDs, tapes, cartridges, floppy diskettes, smart cards, integrated circuit cards (e.g. SIM cards) unless otherwise defined each example used to illustrate the term "electronic storage" will have the meaning assigned to it by Dictionary

Occurrence or transaction. The term "occurrence or transaction" means transfer of funds, property, titles or any other occurrences.


PRESERVATION & RETENTION RESPONSIBILITIES

To preserve and retain documents, electronically stored information, and tangible things must immediately suspend certain normal retention and destruction policies including:

Take affirmative steps to prevent anyone with access to documents, electronically stored information, and tangible things relating to the occurrence or transaction from hiding, modifying, or destroying them.

Preserve and retain all documents relating to the occurrence or transaction that either are in the possession of or were created, sent, or received b the following:

Preserve and retain all electronically stored information relating to the occurrence or transaction that either is in the possession of or was created, sent or received by the following:

Preserve and retain all documents, electronically stored information, and computer hardware or software necessary to access, view, and reconstruct electronically stored information relating to the occurrence or transaction.

Preserve and retain all tangible things relating to the occurrence or transaction that either are in the possession of or were created, sent, or received.

Because you and your client may also have to make relevant electronically stored information available for litigation, you and your clint should consider protecting that electronic data by making a mirror image of it. A *"mirror image"* is a bit-by-bit copy of electronically stored information (e.g. on a hard drive or flash drive) that ensures the computer system is not altered during the imaging process. The mirror image

Exhibit F

includes active, hidden, and deleted files, deleted file fragments, directories, and another data contained on the drive. To alleviate any burden on you or your client I am prepared to hire a computer forensic expert to property and noninvasively create a mirror image of al media in your and your client's possession, custody, or control that may contain electronically stored information related to the occurrence or transaction.

Please contact me if you have any questions about this letter.

Thanks, you for your cooperation in these matters.

Please preserve and present all evidence including but not limited to:

1.All internal and external departmental records and communications with and for Benjamin D. Crocker from (a) South Lake Tahoe Police and (b) El Dorado County Sheriff going back 15 yrs.

2.All 911 Dispatch call audio recordings pertaining to incident on 12-3-21.

3.All (a) hospital risk management & (b) law enforcement dispatch & police audio records, (c) communications, (d) text messages, (e) reports, and or (f) any other forms of communication.

4.All police bodycam (a) video and (b) audio.

5.All hospital (a) video, (b) audio and (c) records, (d) outside the hospital entrance, (e) in the hospital entrance lobby and (f) hallways leading to the MRI department and (g) the hospital emergency room where I was examined.

6. All (a) written reports, (b) 911 and or other calls made or received, (c) emails, (d) notes, (e) text messages and (f) pictures taken from (g) responding and (h) transporting officer's phones.

7.All (a) jail intake records and video, (b) jail taken pictures for booking purposes, (c) all jail taken fingerprints for me, (d) returned to me and (e) removed from the CLETS database.

8.All (a) jail doctor's orders pertaining to my (b) intake, (c) treatment/medical record, (d) detainment and (e) release from the Eldorado County Jail.

9.All (a) Names, (b) ranks, and (c) legal contact information for all South Lake Tahoe Police Officers in their (d) public and (e) private capacities who responded to the incident.

10.All (a) Names, (b) ranks, and (c) legal contact information for all Jail staff on duty for the incident in their (d) public and (e) private capacities.

11.All Hospital (a) Treatment, and (b) Discharge Papers given to/signed by (b) Officers and signed by (c) discharging Doctor (d) stating that they had legal authority to conserve me.

12.(a) Hospital after Emergency Room discharge instructions given to transporting officer/s regarding medical care.

13.Copies of any orders, statutes, or policies or ordinances that allow a civil servant or employee to disobey the clear wording of the United States Constitution & Bill of Rights and or the California Constitution & Bill of Rights.

14.Copies of any and all W-2's and 1099's showing income paid to so Addressed.

15.Contact/Case information for All Other Parties/Litigants damaged by South Lake Tahoe Police due to both enforcement and lack thereof mask policy/mandate.

16.Contact/Case information for All Other Parties/Litigants damaged by El Dorado County Sheriff due to both enforcement and lack thereof mask policy/mandate.

17.All Use-of-force incident reports sent to National Use-of-Force Data Collection program, (inception 2019) by S.L.T.P.D.

Exhibit F

18. All previous (a) public complaints against and, (b) disciplinary records for (c) responding and (d) arresting and (e) interrogating and (f) transporting S.L.T.P.D. officers.

19. Copy of the (a) Barton Hospital and or, (b) City of South Lake Tahoe and or, (c) County of El Dorado and or, (d) State of California and or, (e) United States of America Federal Government, Mandate, Policy, Order, Statute, Ordinance, or Corpus Delicti that allows and or directs a hospital employee or public officer or deputy or jail doctor official to deprive a man of his preestablished (but not limited to) 1st, 4th, 5th, 6th, 7th, 8th, 9th, & 10th Amendment Constitutional Rights as well as the preestablished American Disability Act.

### Barton Patient Rights & Legal Notice

### Barton Patient Rights

*You have the right (but not limited) to*:

#1. Considerate and respectful care, and to be made comfortable. You have the right to respect for your cultural, psychosocial, spiritual, and personal values, beliefs and preferences.

#13. Receive care in a safe setting, free from mental, physical, sexual or verbal abuse and neglect, exploitation or harassment. You have the right to access protective and advocacy services including notifying government agencies of neglect or abuse.

#14. Be free from restraints and seclusion of any form used as a means of coercion, discipline, convenience or retaliation by staff.

#17. Know which hospital rules and policies apply to your conduct while a patient.

#19. Have your wishes considered, if you lack decision-making capacity, for the purposes of determining who may visit. The method of that consideration will comply with federal law and be disclosed in the hospital policy on visitation. At a minimum, the hospital shall include any persons living in your household and any support person pursuant to federal law.

#21. Exercise these rights without regard to sex, economic status, educational background, race, color, religion, ancestry, national origin, sexual orientation, gender identity/expression, disability, medical condition, marital status, age, registered domestic partner status, genetic information, citizenship, primary language, immigration status or the source of payment for care.

(www.bartonhealth.org/tahoe/patient-rights.aspx  Extracted:12-6-21)

### LEGAL NOTICE

To the Person in Charge of this Establishment

Notice to Agent is Notice to Principal, Notice to Principle is Notice to Agent

As the person responsible for the operation and management of this place of public accommodation, YOU are criminally and civilly liable for the activities that you allow or prohibit on these premises – regardless of whether you own this establishment or not.

YOU ARE HEREBY NOTIFIED THAT:

Exhibit F

Pages 11 - 33 Redacted

Exhibit G

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

South Lake Tahoe Chief Of Police
C/O: David Stevenson
1357 Johnson Blvd
South Lake Tahoe, Ca. 96150

9590 9402 6168 0220 5243 10

2. Article Number *(Transfer from service label)*

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X   COVID 19           ☐ Agent
                       ☐ Addressee

B. Received by *(Printed Name)*     C. Date of Delivery

Rafael

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt